JUDGE CHIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

JOSE BATISTA-CONCEPCION,
    a/k/a "Rafael Concepcion,"
    a/k/a "Julio Cabrera,"

           Defendant.

- - - - - - - - - - - - - - - - x

**07 CRIM. 420**

INDICTMENT

07 Cr. \_\_\_\_

COUNT ONE

The Grand Jury charges:

On or about April 4, 2007, in the Southern District of New York and elsewhere, JOSE BATISTA-CONCEPCION, a/k/a "Rafael Concepcion," a/k/a "Julio Cabrera," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been removed from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction for the criminal sale of a controlled substance in the second degree, a violation of New York State penal law section 220.41, in New York State Supreme Court, New York County, on or about August 8, 1997, without having obtained the express consent of the Attorney General of

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 15 2007

the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Section 1326(a) and (b)(2).)

_____         _____
FOREPERSON                         MICHAEL J. GARCIA
                                   United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOSE BATISTA-CONCEPCION,
 a/k/a "Rafael Concepcion,"
 a/k/a "Julio Cabrera,"

Defendant.

### INDICTMENT

07 Cr.

(8 U.S.C. § 1326(a) and (b)(2))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Madeline Couita*
Foreperson.

5/15/07 Filed Indictment A/W issued. Case assigned to Judge Pitman
Chin.  U.S.M.J.