UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1312

MEDICAL ATTENTION FORM

DATE: 5/25/07

DEFENDANT: JOSE BATISTA - CONCEPCION

DOCKET #: 07 CRIM 420

TO THE WARDENS OF THE METROPOLITAN CORRECTIONAL CENTER, THE METROPOLITAN DETENTION CENTER, OR ANY OTHER DETENTION FACILITY:

The above-named defendant has been remanded in lieu of bail at the time of his/her presentment before this Court. At that time, the following information which requires medical attention was disclosed.:

The defendant needs Medical attention for diabetes.

MAY 25 2007

Kevin Nathaniel Fox

U.S. District / Magistrate Judge