# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __NEW YORK__

UNITED STATES OF AMERICA

- v -

JOSE BATISTA-CONCEPCION,   Defendant.

Docket Number __07 CR. 420 (DC)__

__HONORABLE DENNY CHIN__
(District Court Judge)

Notice is hereby given that __the defendant JOSE BATISTA-CONCEPCION__ appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [✓] ;   order [ ] ;   other [ ] : _____
(specify)

entered in this action on __01/10/08__
(date)

Offense occurred after November 1, 1987   Yes [✓]   No [ ]

The appeal concerns:   conviction only [ ] ;   sentence only [ ] ;   conviction and sentence [✓]

Date: __JANUARY 14, 2008__

TO:   CHI T. STEVE KWOK, ESQ.
AUSA
ONE ST. ANDREW'S PLAZA
NEW YORK, NY 10007

JOSE BATISTA-CONCEPCION
#60012-054
MDC

ADD ADDTIONAL PAGE IF NECESSARY

(TO BE COMPLETED BY ATTORNEY)

__Barry Leiwant, Esq.__
(Counsel for Appellant)

Address: __Federal Defenders of New York, Inc.__

__52 Duane Street - 10th Flor__

__New York NY 10007__

Telephone Number __(212) 417-8700__

TRANSCRIPT INFORMATION - FORM B

| ➤QUESTIONNAIRE | ➤TRANSCRIPT ORDER ➤ | DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
|---|---|---|
| [✓] I am ordering a transcript<br>[ ] I am not ordering a transcript<br>Reason:<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation | Prepare transcript of<br>[✓] Pre-trial proceedings<br>[ ] Trial<br>[✓] Sentence<br>[ ] Post-trial proceedings | Dates<br>6/26/07<br><br>1/10/08 |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript.
(FRAP 10(b)) ➤ Method of payment [ ] Funds [ ] CJA Form 24

ATTORNEY'S signature   ROBERT M. BAUM, ESQ.   /s/ Robert M. Baum   DATE   1/14/08

➤ COURT REPORTER ACKNOWLEDGMENT

To be completed by Court Reporter and forward to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | | |

Date _____   Signature _____
(Court Reporter)

COPY 1 - ORIGINAL