# MANDATE

S.D.N.Y.-N.Y.C.
07-cr-420
Chin, J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 9 2008

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 1st day of August, two thousand eight,

Present:

    Hon. Sonia Sotomayor,
    Hon. Robert A. Katzmann,
    Hon. Richard C. Wesley,
        *Circuit Judges.*



United States of America,

        *Appellee,*

v.                              08-0397-cr

Jose Batista-Concepcion,

        *Defendant-Appellant.*

Philip L. Weinstein, counsel for Appellant, moves for permission to withdraw as counsel pursuant to *Anders v. California*, 386 U.S. 738 (1967), and the Government moves for summary affirmance. Upon due consideration, it is hereby ORDERED that the motions are GRANTED.

                        FOR THE COURT:
                        Catherine O'Hagan Wolfe, Clerk

                        By: _____

                        A TRUE COPY
                        Catherine O'Hagan Wolfe, Clerk
                        by _____
                                 DEPUTY CLERK

SAO-AEB

ISSUED AS MANDATE: 9/2/08